UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOEY LEE NIX,

        Plaintiff,

Case No.: 3:20-cv-00250-BJD-JBT

v.

CSX TRANSPORTATION, INC.

        Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Defendant CSX Transportation, Inc., by counsel, submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Joe Lee Nix (Plaintiff)

    CSX Transportation, Inc. (Defendant)

    CSX Corporation (parent company of Defendant)

    Milton, Leach, Whitman, D'Andrea & Eslinger, P.A. (counsel for Defendant)

    Eric L. Leach (counsel for Defendant)

    C. Ryan Eslinger (counsel for Defendant)

    Alisa D. Wilkes (counsel for Plaintiff)

Wilkes & Mee, PLLC (counsel for the Plaintiff)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:  None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:  Not applicable.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: Plaintiff Joey Lee Nix alleges wrongful conduct as set forth in the Complaint. CSXT denies all allegations of wrongful conduct and further denies that Plaintiff is entitled to any relief whatsoever.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  April 21, 2020

Respectfully submitted,

/s/C. Ryan Eslinger_____
Eric L. Leach; FL Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger; FL Bar No. 634859
reslinger@miltonleach.com
Secondary Email Address:
aaustin@miltonleach.com
3127 Atlantic Boulevard
Jacksonville, Florida  32207
(904) 346-3800 - Telephone
(904) 346-3692 - Facsimile
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2020, I uploaded the foregoing to the Clerk of the United States District Court for filing via the CM/ECF system, and that a true and correct copy of the foregoing has been furnished via electronic service to all CM/ECF system participants.

**MILTON, LEACH, WHITMAN,**
**D'ANDREA & ESLINGER, P.A.**

C. Ryan Eslinger; FL Bar No. 634859
reslinger@miltonleach.com