UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOEY LEE NIX,

    Plaintiff,

v.                                                                              CASE NO. 3:20-cv-250-J-39JBT

CSX TRANSPORTATION, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Rule 26(a)(2) Expert Disclosures ("Disclosure") (Doc. 14).  Discovery materials "must not be filed until they are used in the proceeding or the court orders filing."  Fed. R. Civ. P. 5(d)(1); *see also* M.D. Fla. R. 3.03(d).  The Court has not ordered Plaintiff to file the Disclosure, and it does not appear that filing is necessary at this time.  Therefore, the filing is due to be stricken.  Counsel should ensure that such discovery materials are not routinely filed in the future.

Accordingly, it is **ORDERED**:

The Disclosure (**Doc. 14**) is **STRICKEN** without prejudice to filing at a later time if necessary.

**DONE AND ORDERED** in Jacksonville, Florida, on January 28, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record