UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOEY LEE NIX,

    Plaintiff,

vs.                              CASE NO.: 3:20-cv-00250-BJD-JBT

CSX TRANSPORTATION, INC.

    Defendant.
_____/

## MEDIATOR'S REPORT

In accordance with the Court's mediation order and Notice of Mediation Conference, a mediation conference was held on March 15, 2021, and the results of that conference are indicated below:

    (a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

        _X_    All individual parties and their respective trial counsel.

        _X_    Designated corporate representatives.

        ____    Required claims professionals.

    (b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

(c)  The outcome of the mediation conference was:

____ **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

____ **The case has been partially resolved** and lead counsel has been instructed to file herein a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for the Court to resolve:

_____
_____
_____
_____
_____

_X_ **The conference was continued** with the consent of all parties and counsel. Mediation Reports will be filed after additional conferences are complete.

____ **The parties have reached an impasse.**

**Done this** 15th **day of** March, 2021, in Jacksonville, Florida.

*[signature]*

TERRANCE E. SCHMIDT, MEDIATOR
Florida Bar No.: 165042
Certification No.: 6667R
501 Riverside Avenue, Suite 903
Jacksonville, FL 32202
Telephone: 904/398-1818
Facsimile: 904/398-7073