UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOEY LEE NIX,

    Plaintiff,

v.                                                   Case No.:  3:20-cv-00250-BJD-JBT

CSX TRANSPORTATION, INC.

    Defendant.

_____/

**JOINT MOTION FOR ENTRY OF A REVISED SCHEDULING ORDER**

    Plaintiff and Defendant, by and through the undersigned attorneys, hereby respectfully request that the Court enter a revised scheduling order modifying the schedule governing this litigation. As explained in more detail in the attached memorandum in support of the Motion, this revision is necessary in order to allow the parties adequate time to complete factual discovery.

**MEMORANDUM IN SUPPORT OF THE JOINT MOTION**

**I. Issue**

    Should the Court enter a revised scheduling order providing additional time for the parties to complete factual discovery where all parties agree that such an extension is warranted, and if so, does this necessitate upsetting the Court's original trial setting?

**II. Authority**

    Fed. R. Civ. P. 16

**III. Discussion**

    On April 29, 2020, this Court entered a scheduling order controlling the progress of this case. That order calls for the parties to complete factual discovery by April 1, 2021 and to complete mediation by May 3, 2021. The parties have engaged in extensive discovery efforts since the entry of the Court's amended scheduling order, but now agree that they need a limited amount of additional time to complete factual discovery.

Plaintiff is in the process of scheduling corporate representative and expert depositions, however, there are an abundance of corporate representatives and experts that need to be deposed. Plaintiff will need additional time to take said depositions. Additionally, Defendant is in the process of scheduling Plaintiff's doctors and/or expert depositions.

Mediation took place on March 15, 2021 and was continued until after completion of corporate representative depositions.

Pursuant to the scheduling order, dispositive and *Daubert* motions are to be filed no later than May 3, 2021. The parties request that this date be changed to August 31, 2021.
In short, the parties are requesting that this Court order a relatively brief extension on the time allotted for the completion of the factual discovery phase of this litigation. Further, if this Court is inclined to extend the discovery phase and filing of dispositive and *Daubert* motions, the parties request that the trial date also be extended by 120 days so that the parties may be fully prepared to try the case at that time.

Respectfully submitted,

*/s/Alisa D. Wilkes*
Alisa D. Wilkes, Esq.
FL Bar No. 81747
Wilkes & Mee, PLLC
13400 S. Sutton Park Dr., Suite 1204
Jacksonville, FL 32224
Email: alisa@wilkesmee.com
*Attorney for Plaintiff*

AND

*/s/ James R. Ferguson*
AR Bar No.: 2012257
The Law Office of H. Chris Christy
201 W. Broadway, Suite G12
Little Rock, AR 72114
(501) 758-0278
Jferguson.raillaw@gmail.com
*Attorney for Plaintiff*

AND

*/s/ C. Ryan Eslinger*
C. Ryan Eslinger
FL Bar No. 634859

        Milton, Leach, Whitman, et al.
3127 Atlantic Blvd.
Jacksonville, FL 32207
Email: reslinger@miltonleach.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

    I, Alisa D. Wilkes, hereby certify that I have this day caused a true and correct copy of the foregoing document to be sent via Electronic Mail on this the 30th day March 2021, to the following:

C. Ryan Eslinger
Milton, Leach, Whitman, et al.
3127 Atlantic Blvd.
Jacksonville, FL 32207
Email: reslinger@miltonleach.com

        */s/Alisa D. Wilkes*
Alisa D. Wilkes, Esq.
FL Bar No. 8174
Wilkes & Mee, PLLC
13400 S. Sutton Park Dr., Suite 1204
Jacksonville, FL 32224
Email: alisa@wilkesmee.com
*Attorney for Plaintiff*