UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOEY LEE NIX,

    Plaintiff,

vs.                              CASE NO.: 3:20-cv-00250-BJD-JBT

CSX TRANSPORTATION, INC.

    Defendant.
_____/

## MEDIATOR'S REPORT

In accordance with the Court's mediation order and Notice of Mediation Conference, a mediation conference was held on March 15, 2021, and the results of that conference are indicated below:

(a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __X__  All individual parties and their respective trial counsel.

    _____  Designated corporate representatives.

    _____  Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

(c) The outcome of the mediation conference was:

____ <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

____ <u>The case has been partially resolved</u> and lead counsel has been instructed to file herein a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for the Court to resolve:

_____
_____
_____
_____
_____

____ <u>The conference was continued</u> with the consent of all parties and counsel. Mediation Reports will be filed after additional conferences are complete.

__X__ <u>The parties have reached an impasse</u>.

**Done this** 4th **day of** October, 2021, in Jacksonville, Florida.

*/s/ Terrance E. Schmidt*

**TERRANCE E. SCHMIDT, MEDIATOR**
Florida Bar No.: 165042
Certification No.: 6667R
501 Riverside Avenue, Suite 903
Jacksonville, FL 32202
Telephone: 904/398-1818
Facsimile: 904/398-7073