IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOEY LEE NIX,**

    **PLAINTIFF**

v.                                                    **Civil Action No. 3:20-cv-00250-BJD-JBT**

**CSX TRANSPORTATION, INC.,**

    **DEFENDANT**

## PLAINTIFF'S RULE 26(a)(3)(A) WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), Plaintiff, JOEY LEE NIX, hereby serves its witness list on Defendant, CSX TRANSPORTATION, INC. Included are the names of witnesses who Plaintiff expects to call and the names of witnesses who Plaintiff may call if the need arises.

This list does not include the names of any rebuttal witnesses or potential expert witnesses. Plaintiff has already provided the names of expert witnesses in Plaintiff's Rule 26(a)(2) Expert Disclosures – Amended on October 14, 2021.

Expect to Call:

Joey Lee Nix
1820 Green Valley Lane
Albany, GA 31707

David Wyatt
BLET Local Chairman, Div. 216
4th Vice General Chairman, BLET CSXT Eastern Lines

11507 Raulerson Road
Riverview, FL 33569

<u>May Call If Need Arises</u>:

Garrison Best
General Chairman
BLET-CSXT Eastern Lines
P O Box 490
Abbeville, SC 29620

        Respectfully submitted,

        */s/Alisa D. Wilkes*
        Alisa D. Wilkes, Esq.
        FL Bar No. 81747
        13400 S. Sutton Park Dr., Suite 1204
        Jacksonville, FL 32224
        Office: 904-620-9545
        Fax: 904-404-8321
        Email: Alisa@wilkesmee.com
              service@wilkesmee.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to C. Ryan Eslinger at reslinger@miltonleach.com; aaustin@miltonleach.com on this 4th day of March, 2022.

        */s/ Alisa D. Wilkes*
        Alisa D. Wilkes, Esq.