UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JOEY LEE NIX | CASE NO. 3:20-cv-250-BJD-JBT |
| v. | |
| CSX TRANSPORTATION, INC. | |

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Alisa D. Wilkes, Esq. | C. Ryan Eslinger, Esq. |

**HONORABLE BRIAN J. DAVIS**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton    Court Reporter: Shelli Kozachenko

### CLERK'S MINUTES

**PROCEEDINGS OF HEARING: FINAL PRETRIAL CONFERENCE**

Preliminary matters addressed.

The Court heard argument from the parties regarding the following motions:

Defendant's Daubert Motion in Limine to Exclude the Opinions of Plaintiff's Expert Witness, Ann Priddy (Doc. 30).

Defendant's Motion for Partial Summary Judgment and/or Motion in Limine (Doc. 32).

Defendant's Second Motion in Limine (Doc. 37).

Defendant's Third Motion in Limine (Doc. 38).

The motions remain under advisement.

Order(s) to enter.

Date: March 23, 2022
Time: 10:02 a.m.-10:47 a.m.
Total: 45 minutes