# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOEY LEE NIX,

        Plaintiff,

v.

CSX TRANSPORTATION, INC.

        Defendant.

Case No.: 3:20-cv-00250-BJD-JBT

_____/

## DEFENDANT, CSX TRANSPORTATION, INC.'S PROPOSED VOIR DIRE QUESTIONS

Defendant, CSX TRANSPORTATION, INC., by and through its undersigned attorneys, pursuant to the Court's Second Amended Case Management and Scheduling Order (Doc. 22) and the Order scheduling Trial (Doc. 46), submits the following proposed *voir dire* questions.

1. Knowledge of CSX TRANSPORTATION, INC. ("CSXT")

    a. Does anybody know anything about the operations or history of CSXT.

    b. Have you, a family member or a close friend ever worked for CSXT or one of its predecessor railroads.

  c. Is there anybody who has any strong negative feelings toward railroads in general.

2. Employment Disputes

  a. Has anybody had a bad experience with an employer.

  b. If yes, describe what happened and the result.

  c. Did you feel like you were treated unfairly by your employer.

  d. Since this is a case about an employee claiming she was treated unfairly by her employer, can you tell me that you can be 100% sure that your prior experiences/feelings won't influence your thinking about this case in any way.

  e. Would you be leaning even slightly in favor the plaintiff based upon your prior experience.

3. Knowledge of Railroad Jobs

  a. Is there anyone who has worked as a railroad engineer or has knowledge of their job duties

    i. If yes, please describe.

4. Anti-Corporation Attitudes

  a. Is there anyone who has a strong negative opinion about corporations.

  b. If yes, can you describe the basis for your feelings about corporations.

    c. Since this is a case about an individual suing a corporation, can you tell me that you can be 100% sure that your prior experiences/feelings about corporations won't influence your thinking about this case in any way.

    d. Would you be leaning even slightly in favor of the plaintiff based upon your feelings about corporations.

5. Prior Claims or Lawsuits

    a. Raise your hand if you or a loved one has been involved in any type of claim or lawsuit either as a plaintiff or a defendant, other than a divorce.

    b. Who was involved?

    c. What happened

    d. If a personal injury case:

        i. What kinds of injuries were involved and how are you or your loved one doing now.

        ii. What caused the accident.

    e. If a breach of contract case:

        i. Can you describe the type of contract involved and the claims that were being made.

    f. Were you satisfied with the outcome of the case.

6. Logical vs. Emotional Jurors

    a. Raise your hand if, when it comes to making important decisions, you tend to be more logical than emotional.

    b. Raise your hand if you tend to be more emotional than logical.

7. Life Trauma

    a. Has anyone here recently experienced significant life trauma such as losing a loved one, loss of your job, bankruptcy or divorce/separation.

    b. Has anyone here experienced emotional distress in connection with an injury or accident that happened to you or a loved one?

8. Bias

    a. This case involves a former CSXT employee claiming that he is entitled to wages and benefits from his former employer due to discrimination/harassment.

    b. Is there anyone here starting out saying I am already leaning toward favoring the Plaintiff's position. If so, it's okay. We just need to know. Raise your hand if you are.

    c. Who hopes that the Plaintiff will recover some money in this case.

    d. CSXT believes that it has absolutely no liability for the payment of Plaintiff's severance benefits. Is there anybody who is bothered by that.

        i. If the answer is "Yes", who would say that CSXT starts out a little behind in your thinking because they are taking that position.

9. Lawsuit

    a. Is there anyone here who believes that if the Plaintiff filed this lawsuit and has gotten this far, CSXT probably did something wrong.

10. Occupations

    a. Please tell me about what you do in your job.

    b. What made you choose to do that for a living.

    c. What do you enjoy the most about your job. Why.

    d. What do you find most interesting about your job. Why.

    e. Do you supervise others.

11. Knowledge of Witnesses

    a. (Read list of witness names)

12. Order of Proof

    a. In this case because Plaintiff has the burden of proof, she will be able to put on her entire case before the Defendant can put on any witnesses.

    b. There is a natural tendency to base decisions on your first impression and lawsuits are no different.

    c. Does everybody agree if chosen to serve on the jury to keep an open mind until all the evidence is heard in this case.

Respectfully submitted this 28th day of March, 2022

/s/C. Ryan Eslinger
Eric L. Leach; FL Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger; FL Bar No. 634859
reslinger@miltonleach.com
A.J. Hernandez; FL Bar No.  1020711
ahernandez@miltonleach.com
Secondary Email Address:
aaustin@miltonleach.com
3127 Atlantic Boulevard
Jacksonville, Florida  32207
(904) 346-3800 - Telephone
(904) 346-3692 - Facsimile
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2022, I uploaded the foregoing to the Clerk of the United States District Court for filing via the CM/ECF system, and that a true and correct copy of the foregoing has been furnished via electronic service on all CM/ECF system participants.

**MILTON, LEACH, WHITMAN, D'ANDREA & ESLINGER, P.A.**

/s/ C. Ryan Eslinger; FL Bar No. 634859
reslinger@miltonleach.com