UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOEY LEE NIX,

    Plaintiff

v.                                 Civil Action No. 3:20-cv-00250-BJD-JBT

CSX TRANSPORTATION, INC.,

    Defendant
_____ /

## NOTICE OF FILING DEFENDANT'S PROPOSED STATEMENT OF THE CASE

Defendant, CSX TRANSPORTATION, INC., by and through its undersigned attorneys, pursuant to the Court's Second Amended Case Management and Scheduling Order (Doc. 22) and the Order scheduling Trial (Doc. 46), submits the following proposed Statement of the Case.

1

## STATEMENT OF THE CASE

Plaintiff, JOEY LEE NIX, was employed by the Defendant, CSX TRANSPORTATION, INC., as a locomotive engineer. In this action, Plaintiff Joey Lee Nix alleges CSXT violated a federal statute called the Federal Rail Safety Act ("FRSA").

The FRSA states that it is illegal for a railroad carrier to take any adverse or discriminatory employment action against an employee for providing information or assisting in any investigation regarding conduct which the employee reasonably believed constituted a violation of any federal law, rule or regulation related to railroad safety or reporting, in good faith, a hazardous safety or security condition.

Plaintiff claims that his employment was terminated because on January 22, 2019 because he reported a safety hazard - - excess oil leaking from locomotives he was scheduled to operate.

CSXT disputes these allegations, and claims that Mr. Nix was disciplined for committing three serious offenses within a period of three years under its established discipline policy and not because of any protected activity.

Respectfully submitted this 29th day of March, 2022

/s/C. Ryan Eslinger
Eric L. Leach; FL Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger; FL Bar No. 634859
reslinger@miltonleach.com
A.J. Hernandez; FL Bar No.  1020711
ahernandez@miltonleach.com
Secondary Email Address:
aaustin@miltonleach.com
3127 Atlantic Boulevard
Jacksonville, Florida  32207
(904) 346-3800 - Telephone
(904) 346-3692 - Facsimile
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2022, I uploaded the foregoing to the Clerk of the United States District Court for filing via the CM/ECF system, and that a true and correct copy of the foregoing has been furnished via electronic service on all CM/ECF system participants.

**MILTON, LEACH, WHITMAN, D'ANDREA & ESLINGER, P.A.**

/s/ C. Ryan Eslinger; FL Bar No. 634859
reslinger@miltonleach.com