UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOEY LEE NIX,

    Plaintiff

v.                                    Civil Action No. 3:20-cv-00250-BJD-JBT

CSX TRANSPORTATION, INC.,

    Defendant
_____ /

**STATEMENT OF THE CASE**

The Plaintiff, JOEY LEE NIX, was employed by the Defendant, CSX TRANSPORTATION, INC., as a locomotive engineer. In this action, Plaintiff Joey Lee Nix alleges CSXT violated a federal statute called the Federal Rail Safety Act ("FRSA"). The Purpose of the FRSA "is to promote safety in every area of railroad operations and reduce railroad-related accidents and incidents." In 2007, Congress amended the FRSA to include measures that were intended to ensure that railroad employees could report their safety concerns without fear of causing any adverse or discriminatory actions by the railroad carrier that employed them.

The FRSA states that it is illegal for a railroad carrier to "discharge, demote,

1

suspend, reprimand, or in any other way discriminate against an employee if such discrimination is due, in whole or in part...to provid[ing] information, directly caus[ing] information to be provided, or otherwise directly assist[ing] in any investigation regarding any conduct which the employee reasonably believe[d] constitute[d] a violation of any Federal law, rule, or regulation relating to railroad safety." An employee's actions are a protected activity under this provision if the employee provides such information or assistance to a supervisor or to another person who has the authority to investigate, discover or terminate the alleged misconduct, including the Federal Railroad Administration.

      The FRSA also states that it is illegal for a railroad carrier to take any adverse or discriminatory employment action against an employee for "reporting, in good faith, a hazardous safety or security condition." Thus, an employee's reporting of a hazardous safety condition is another type of protected activity protected by the statute.

      This claim arises out of an event that occurred on January 22, 2019, when Mr. Nix was doing an inspection of the engine compartments of CSXT locomotives he was instructed to operate and noticed excess oil leaking from them. Mr. Nix felt this was a safety hazard so rather than place the locomotives in operation as scheduled, Mr. Nix reported the oil leak to the railroad's mechanical desk, his trainmaster and to the Federal Railroad Administration. CSXT removed Mr. Nix from service on

January 23, 2019, citing him with violation of company rules; particularly that Mr. Nix failed to report the non-complying locomotive the previous day and therefore caused an undo delay in train movement. CSX terminated Mr. Nix's employment on March 6, 2019, as a result of this rule violation.

Mr. Nix alleges that he was terminated not as a result of failing to report a non-complying locomotive on January 21, 2019, but rather as retaliation for reporting a safety hazard to CSX and the Federal Railroad Administration on January 22, 2019, when he reported excessive oil leaking from the locomotives. CSXT disputes these allegations and claims that Mr. Nix was disciplined for committing three serious offenses within a period of three years under its established discipline policy and not because of any protected activity.

Respectfully submitted this 29th day of March, 2022.

>Respectfully submitted,
>
>WILKES & MEE, PLLC
>
>*/s/Alisa D. Wilkes*
>Alisa D. Wilkes, Esq.
>FL Bar No. 81747
>13400 S. Sutton Park Dr., Suite 1204
>Jacksonville, FL 32224
>Office: 904-620-9545
>Fax: 904-404-8321
>Email: Alisa@wilkesmee.com
>         service@wilkesmee.com

        */s/James R. Ferguson*
        James R. Ferguson, Esq.
        *Admitted Pro Hac Vice*
        Law Office of H. Chris Christy, P.A.
        201 W. Broadway, Suite G12
        Little Rock, AR 72114
        (501)758-0278
        Jferguson.raillaw@gmail.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 29th day of March, 2022, the foregoing document was served on those listed below by electronic service via the CM/ECF system which sent notice to all parties of record.

.

        WILKES & MEE, PLLC

        */s/Alisa D. Wilkes*
        Alisa D. Wilkes, Esq.FL Bar No. 81747
        13400 S. Sutton Park Dr., Suite 1204
        Jacksonville, FL 32224
        Office: 904-620-9545
        Fax: 904-404-8321
        Email: Alisa@wilkesmee.com
        service@wilkesmee.com