# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOEY LEE NIX,

        Plaintiff,

Case No.: 3:20-cv-00250-BJD-JBT

v.

CSX TRANSPORTATION, INC.

        Defendant.

_____/

## **JOINT NOTICE OF RESOLUTION**

COMES NOW, the Parties to this action, and notify the Court pursuant to the Local Rule 3.09 that this matter has amicably settled. The Trial currently set for April 4, 2022 can be cancelled.

The parties are in the process of drafting and finalizing settlement documents. Due the anticipated complicated nature of the release and settlement terms, the parties will jointly move the Court for dismissal of this action upon conclusion, which the parties anticipate will occur within the next sixty (60) days.

Respectfully submitted this 30th day of March, 2022.

s/ Alisa D. Wilkes
Alisa D. Wilkes, Esquire
Florida Bar No. 0081747
13400 Sutton Park Dr. S.
Suite 1204
Jacksonville, FL 32224
(904)620-9545
alisa@wilkesmee.com
service@wilkesmee.com

and

James R. Ferguson, Esq.
*Admitted Pro Hac Vice*
201 W. Broadway, Suite G12
Little Rock, AR 72114
(501)758-0278
Jferguson.raillaw@gmail.com
*Attorneys for Plaintiff Joey Nix*


s/C. Ryan Eslinger _____
Eric L. Leach
Florida Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger
Florida Bar No. 634859
reslinger@miltonleach.com
Secondary Email Address:
aaustin@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, Florida  32207
(904) 346-3800 - Telephone
(904) 346-3692 – Facsimile
*Attorneys for Defendant CSX Transportation, Inc.*