# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOEY LEE NIX,

    Plaintiff,

v.                                         Case No. 3:20-cv-250-BJD-JBT

CSX TRANSPORTATION, INC.,

    Defendant.
_____/

## O R D E R

**THIS MATTER** comes before the Court on the Joint Notice of Resolution (Doc. 54; Joint Notice) filed on March 30, 2022. In the Joint Notice, the parties advise the Court that this case has been resolved. See Joint Notice at 1. Accordingly, it is hereby

    **ORDERED:**

    1.    The jury trial scheduled to commence on April 4, 2022 at 9:00 a.m. is **CANCELLED**.

    2.    The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

    3.    The parties shall have until **May 31, 2022**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4. If the parties have not so stipulated or moved the Court by the **May 31, 2022** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 30th day of March, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record