# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOEY LEE NIX,

         Case No.: 3:20-cv-00250-BJD-JBT

  Plaintiff,

v.

CSX TRANSPORTATION, INC.

  Defendant.

_____/

## JOINT MOTION TO EXTEND TIME FOR FINAL STIPULATION

COMES NOW, the Parties to this action, and respectfully request the Court extend the deadline set by this Court to file a stipulated form of final order or judgment and in support thereof states:

1. This case was amicably settled by the Parties and a Joint Notice of Resolution filed on March 30, 2022. (Doc. 54). At that time, the parties anticipated needing sixty (60) days in which to complete the settlement documents.

2. This Honorable Court granted the parties until May 31, 2022 to file a stipulated final order or move to extend the time, otherwise the Clerk was instructed to dismiss the case without prejudice. (Doc. 55)

3. The resolution of this case involved complicated issues that needed to be addressed by the United States Railroad Retirement Board, which resulted in a delay in drafting the release of approximately 45 days.

4. The final agreed release was executed by the Plaintiff and provided to the Defendant on May 20, 2022.

5. The Parties now anticipate needing three additional weeks to complete the payments necessary under the release. Once completed, the parties will file a stipulation to dismiss this action with prejudice.

6. For this reason, the Parties respectfully request that this Honorable Court extend the deadline for the filing of the stipulation from May 31, 2022 to June 30, 2022.

7. This Motion is being submitted pursuant to Rule 6(b)(1)(A) accordingly.

Respectfully submitted this 25th day of May, 2022.

s/ Alisa D. Wilkes
Alisa D. Wilkes, Esquire
Florida Bar No. 0081747
13400 Sutton Park Dr. S.
Suite 1204
Jacksonville, FL 32224
(904)620-9545
alisa@wilkesmee.com
service@wilkesmee.com

and

James R. Ferguson, Esq.
*Admitted Pro Hac Vice*
201 W. Broadway, Suite G12
Little Rock, AR 72114
(501)758-0278
Jferguson.raillaw@gmail.com
*Attorneys for Plaintiff Joey Nix*


s/C. Ryan Eslinger_____
Eric L. Leach
Florida Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger
Florida Bar No. 634859
reslinger@miltonleach.com
Secondary Email Address:
aaustin@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, Florida  32207
(904) 346-3800 - Telephone
(904) 346-3692 – Facsimile
*Attorneys for Defendant CSX Transportation, Inc.*