## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JOEY LEE NIX,

        Plaintiff,

Case No.: 3:20-cv-00250-BJD-JBT

v.

CSX TRANSPORTATION, INC.

        Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between counsel for the Plaintiff, JOEY LEE NIX, and counsel for the Defendant, CSX TRANSPORTATION, INC., by and through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the case captioned above has been resolved, be dismissed with prejudice and each party shall bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 20th day of July, 2022.

Respectfully submitted,

/s/C. Ryan Eslinger
Eric L. Leach; FL Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger; FL Bar No.   634859
reslinger@miltonleach.com
A.J. Hernandez; FL Bar No.   1020711
ahernandez@miltonleach.com
Secondary Email Address:
aaustin@miltonleach.com
3127 Atlantic Boulevard
Jacksonville, Florida  32207
(904) 346-3800 - Telephone
(904) 346-3692 - Facsimile
*Attorneys for Defendant*


/s/Alisa D. Wilkes
Alisa D. Wilkes; FL Bar No.  0081747
alisa@wilkesmee.com
Secondary Email Address:
service@wilkesmee.com
13400 Sutton Park Dr. S
Suite 1204
Jacksonville, Florida 32224
(904) 620-9545 – Telephone
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2022, I uploaded the foregoing to the Clerk of the United States District Court for filing via the CM/ECF system,

and that a true and correct copy of the foregoing has been furnished via electronic service to all CM/ECF system participants.

**MILTON, LEACH, WHITMAN,
D'ANDREA & ESLINGER, P.A.**

C. Ryan Eslinger; FL Bar No. 634859
reslinger@miltonleach.com